UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA and
ANGELA D'ANNA, ex rel.

      Plaintiffs,

v.

Case No: 2:14-cv-437-FtM-38CM

LEE MEMORIAL HEALTH
SYSTEM,

      Defendant.

## ORDER

This matter comes before the Court upon review of the Joint Motion for Enlargement of Time for Responsive Pleadings Following Service of Relator's First Amended Complaint filed on October 22, 2018. Doc. 81. For the reasons stated below, the motion is granted in part and denied in part.

The parties represent that Defendant accepted service by e-mail of Relator's First Amended Complaint on October 15, 2018 and jointly request an extension of Defendant's time to respond to the First Amended Complaint until November 16, 2018. Doc. 81 at 1-2. The parties request that if Defendant's response to the First Amended Complaint is a Rule 12(b)(6) Motion to Dismiss, Relator be given until December 21, 2018 to file a response in opposition and Defendant be allowed until January 15, 2019 to file a reply. *Id.* at 2. The Court finds good cause to grant some extensions and allow a reply but not to the extent of time requested. *See* Doc. 81 at 2. Instead, the Court will allow until November 12, 2018 for Defendant's response

to the First Amended Complaint, December 10, 2018 for Relator's response to Defendant's Motion to Dismiss, and December 21, 2018 for Defendant's reply, not to exceed seven (7) pages, to Relator's response.

ACCORDINGLY, it is

**ORDERED:**

The Joint Motion for Enlargement of Time for Responsive Pleadings Following Service of Relator's First Amended Complaint (Doc. 81) is **GRANTED in part and DENIED in part.** Defendant shall have up to and including **November 12, 2018** to respond to the First Amended Complaint. Relator shall have up to and including **December 10, 2018** to file a response to Defendant's Motion to Dismiss, and Defendant shall have up to and including **December 21, 2018** to file a reply brief not to exceed **seven (7) pages.**

**DONE** and **ORDERED** in Fort Myers, Florida on this 23rd day of October, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record