# Exhibit 1
## to
## Second Amended Complaint

*U.S. ex rel. D'Anna v. Lee Memorial, et al.*

# Lee Memorial Health System

# Neurosurgery Compensation Contract Enhancement

March 2009

# Agenda

- Review Existing Compensation Model

- Discuss Proposed Alternative Compensation Models and Incentives

# Compensation Models

- Existing Compensation Model

- Proposed Compensation Model – One Year Contract

- Proposed Compensation Model – Two Year Contract

- Proposed Compensation Model – Three Year Contract

# Existing Compensation Model

- Full productivity model based on a "target" system that ranges from 6,000 RVUs or less worked per year paid at $45.97 per work RVU up to greater than 14,000 work RVUs paid at $85.32 per work RVU
- Compensation is not paid on a sliding scale, but is based on the previous year's total RVU's
- In addition to professional services, other activities included in contract
  - Participation in hospital committee and other organizational activities
  - LMHS program development assistance
- Other compensated activities
  - On-call and trauma call coverage paid to the group at $1,000 per day for a maximum of 365 days per year, and then distributed to each doctor based on his number of covered call days
  - Physician assistant productivity bonus
  - PTO

4

# Existing Compensation Model Example

**Dr. Henn Example**

|  | RVUs | Rate ($/RVU) | Compensation |
|---|---|---|---|
| Work RVUs | 15,122 | | |
| Clinic Bonus RVUs (5 RVUs per satellite clinic visit) | 240 | | |
| Total | 15,362 | $ 85.32 | $ 1,310,686 |
| Physician Assistant Productivity Bonus | | | $ 41,575 |
| **Total Compensation** | | | $ 1,352,261 |

**Dr. Dusseau Example**

|  | RVUs | Rate ($/RVU) | Compensation |
|---|---|---|---|
| Work RVUs | 7,995 | | |
| Clinic Bonus RVUs (5 RVUs per satellite clinic visit) | 345 | | |
| Total | 8,340 | $ 55.57 | $ 463,454 |
| Physician Assistant Productivity Bonus | | | $ 41,575 |
| **Total Compensation** | | | $ 505,029 |

# Proposed Neurosurgery Compensation Model – One Year Contract

- Full productivity model with incentives
- RVU compensation rates same except lowered starting at 13,500 RVUs due to FMV – See Page 12
- Compensation calculated using existing target system but updated for 2008 MGMA benchmarks. This results in a range where 8,000 or less Worked RVU's are paid at $45.97 and 16,000 or more Worked RVU's are paid at $76.79
- Total compensation capped at 110% of current RVU target system compensation
    - 90% compensation pool paid for productivity
    - 20% compensation pool paid for hitting incentive metrics
        - 10% for operational, quality and new program development incentives
        - 10% for cost saving incentives if operational and quality incentive thresholds are met
- PA Productivity bonus will be documented and revised to 2009 method that has been verbally agreed upon with LMHS
- PTO will no longer be accrued and assumed taken care of in revised model above
- All other components of additional compensation remain the same (i.e. call coverage)

# Proposed Compensation Model – One Year Contract

**Dr. Henn Example**

| | $/RVU | Actual Results^ | Compensation Payout |
|---|---|---|---|
| Work RVUs | $ 76.79 | 15,122 | $ 1,161,218 |
| Satellite Clinic Bonus RVUs | $ 76.79 | 240 | $ 18,430 |
| Total | $ 76.79 | 15,362 | $ 1,179,648 |
| | | | |
| PA Productivity Bonus | | | $ 41,575 |
| | | | |
| **Total Potential Compensation** | | | **$ 1,221,223** |
| | | | |
| Total Productivity Compensation | 90% | | $ 1,099,101 |
| Total Operational, Quality & New Program Development Incentive Pool | 10% | | $ 122,122 |
| Total Cost Savings Incentive Bonus | 10% | | $ 122,122 |

| Incentives: | Minimum Threshold | Actual Results^ | Compensation Payout |
|---|---|---|---|
| Operational Efficiency Incentives (40% Weight) | 90% | 95% | $ 48,849 |
| Quality Incentives (40% Weight) | 95% | 98% | $ 48,849 |
| New Program Development Initiated (20% Weight) | 100% | 100% | $ 24,424 |
| Total Incentives | | | $ 122,122 |
| | | | |
| Cost Savings Incentive Bonus | 10% | 11% | $ 122,122 |
| | | | |
| Total Incentive Payout | | | $ 244,245 |
| **Total Compensation Payout** | | | **$ 1,343,345** |

**Dr. Dusseau Example**

| | $/RVU | Actual Results^ | Compensation Payout |
|---|---|---|---|
| Work RVUs | $ 45.97 | 7,995 | $ 367,530 |
| Satellite Clinic Bonus RVUs | $ 45.97 | 345 | $ 15,860 |
| Total | $ 45.97 | 8,340 | $ 383,390 |
| | | | |
| PA Productivity Bonus | | | $ 41,575 |
| | | | |
| **Total Potential Compensation** | | | **$ 424,965** |
| | | | |
| Total Productivity Compensation | 90% | | $ 382,468 |
| Total Incentive Pool | 10% | | $ 42,496 |
| Total Cost Savings Incentive Bonus | 10% | | $ 42,496 |

| Incentives: | Minimum Threshold | Actual Results^ | Compensation Payout |
|---|---|---|---|
| Operational Efficiency Incentives | 90% | 90% | $ 16,999 |
| Quality Incentives | 95% | 98% | $ 16,999 |
| New Program Development Initiated | 100% | 100% | $ 8,499 |
| Total Incentives | | | $ 42,496 |
| | | | |
| Cost Savings Incentive Bonus* | 10% | 11% | $ 42,496 |
| | | | |
| Total Incentive Payout | | | $ 84,993 |
| **Total Compensation Payout** | | | **$ 467,461** |

^ Hypothetical except for Worked RVUs based on prior year actual
* Cost Saving incentive reached but quality threshold was not met

7

*Note: Compensation models are subject to independent fair market value analysis*

# Proposed Neurosurgery Compensation Model – Two Year Contract

- Full productivity model with incentives
- RVU compensation rates are 10% less than existing rates – See Page 12
- Compensation calculated using existing target system but updated for 2008 MGMA benchmarks. This results in a range where 8,000 or less Worked RVU's are paid at $41.37 and 16,000 or more Worked RVU's are paid at $76.79
- Total compensation capped at 110% of revised RVU target system compensation
    - 90% compensation pool paid for productivity
    - 20% compensation pool paid for achieving incentive metrics
        - 10% for operational, quality and new program development incentives
        - 10% for cost saving incentives if operational and quality incentive thresholds are met
- PA Productivity bonus will be documented and revised to 2009 method that has been verbally agreed upon with LMHS
- PTO will no longer be accrued and assumed taken care of in revised model above
- All other components of additional compensation remain the same (i.e. call coverage)

8

# Proposed Compensation Model – Two Year Contract

**Dr. Henn Example**

| | $/RVU | Actual Results^ | Compensation Payout |
|---|---|---|---|
| Work RVUs | $ 73.73 | 15,122 | $ 1,114,915 |
| Satellite Clinic Bonus RVUs | $ 73.73 | 240 | $ 17,695 |
| Total | $ 73.73 | 15,362 | $ 1,132,610 |
| | | | |
| PA Productivity Bonus | | | $ 41,575 |
| | | | |
| **Total Potential Compensation** | | | **$ 1,174,185** |
| | | | |
| Total Productivity Compensation | 90% | | $ 1,056,766 |
| Total Operational, Quality & New Program Development Incentive Pool | 10% | | $ 117,418 |
| Total Cost Savings Incentive Bonus | 10% | | $ 117,418 |

| Incentives: | Minimum Threshold | Actual Results^ | Compensation Payout |
|---|---|---|---|
| Operational Efficiency Incentives (40% Weight) | 90% | 95% | $ 46,967 |
| Quality Incentives (40% Weight) | 95% | 98% | $ 46,967 |
| New Program Development Initiated (20% Weight) | 100% | 100% | $ 23,484 |
| Total Incentives | | | $ 117,418 |
| | | | |
| Cost Savings Incentive Bonus | 10% | 11% | $ 117,418 |
| | | | |
| Total Incentive Payout | | | $ 234,837 |
| **Total Compensation Payout/Year** | | | **$ 1,291,603** |

**Dr. Dusseau Example**

| | $/RVU | Actual Results^ | Compensation Payout |
|---|---|---|---|
| Work RVUs | $ 41.37 | 7,995 | $ 330,777 |
| Satellite Clinic Bonus RVUs | $ 41.37 | 345 | $ 14,274 |
| Total | $ 41.37 | 8,340 | $ 345,051 |
| | | | |
| PA Productivity Bonus | | | $ 41,575 |
| | | | |
| **Total Potential Compensation** | | | **$ 386,626** |
| | | | |
| Total Productivity Compensation | 90% | | $ 347,963 |
| Total Incentive Pool | 10% | | $ 38,663 |
| Total Cost Savings Incentive Bonus | 10% | | $ 38,663 |

| Incentives: | Minimum Threshold | Actual Results^ | Compensation Payout |
|---|---|---|---|
| Operational Efficiency Incentives | 90% | 90% | $ 15,465 |
| Quality Incentives | 95% | 98% | $ 15,465 |
| New Program Development Initiated | 100% | 100% | $ 7,733 |
| Total Incentives | | | $ 38,663 |
| | | | |
| Cost Savings Incentive Bonus* | 10% | 11% | $ 38,663 |
| | | | |
| Total Incentive Payout | | | $ 77,325 |
| **Total Compensation Payout/Year** | | | **$ 425,288** |

^ Hypothetical except for Worked RVUs based on prior year actual
* Cost Saving incentive reached but quality threshold was not met

9

*Note: Compensation models are subject to independent fair market value analysis*

# Proposed Neurosurgery Compensation Model – Three Year Contract

- Full productivity model with incentives
- RVU compensation rates are 15% less than existing rates – See Page 12
- Compensation calculated using existing target system but updated for 2008 MGMA benchmarks. This results in a range where 8,000 or less Worked RVU's are paid at $39.07 and 16,000 or more Worked RVU's are paid at $72.52
- Total compensation capped at 110% of revised RVU target system compensation
    - 90% compensation pool paid for productivity
    - 20% compensation pool paid for hitting incentive metrics
        - 10% for operational, quality and new program development incentives
        - 10% for cost saving incentives if operational and quality incentive thresholds are met
- PA Productivity bonus will be documented and revised to 2009 method that has been verbally agreed upon with LMHS
- PTO will no longer be accrued and assumed taken care of in revised model above
- All other components of additional compensation remain the same (i.e. call coverage)

# Proposed Compensation Model – Three Year Contract

| **Dr. Henn Example** | $/RVU | Actual Results^ | Compensation Payout |
|---|---|---|---|
| Work RVUs | $ 69.63 | 15,122 | $ 1,052,975 |
| Satellite Clinic Bonus RVUs | $ 69.63 | 240 | $ 16,712 |
| Total | $ 69.63 | 15,362 | $ 1,069,687 |
| PA Productivity Bonus | | | $ 41,575 |
| **Total Potential Compensation** | | | $ 1,111,262 |
| Total Productivity Compensation | 90% | | $ 1,000,136 |
| Total Operational, Quality & New Program Development Incentive Pool | 10% | | $ 111,126 |
| Total Cost Savings Incentive Bonus | 10% | | $ 111,126 |

| Incentives: | Minimum Threshold | Actual Results^ | Compensation Payout |
|---|---|---|---|
| Operational Efficiency Incentives (40% Weight) | 90% | 95% | $ 44,450 |
| Quality Incentives (40% Weight) | 95% | 98% | $ 44,450 |
| New Program Development Initiated (20% Weight) | 100% | 100% | $ 22,225 |
| Total Incentives | | | $ 111,126 |
| Cost Savings Incentive Bonus | 10% | 11% | $ 111,126 |
| Total Incentive Payout | | | $ 222,252 |
| **Total Compensation Payout/Year** | | | **$ 1,222,388** |

| **Dr. Dusseau Example** | $/RVU | Actual Results^ | Compensation Payout |
|---|---|---|---|
| Work RVUs | $ 39.07 | 7,995 | $ 312,401 |
| Satellite Clinic Bonus RVUs | $ 39.07 | 345 | $ 13,481 |
| Total | $ 39.07 | 8,340 | $ 325,881 |
| PA Productivity Bonus | | | $ 41,575 |
| **Total Potential Compensation** | | | $ 367,456 |
| Total Productivity Compensation | 90% | | $ 330,711 |
| Total Incentive Pool | 10% | | $ 36,746 |
| Total Cost Savings Incentive Bonus | 10% | | $ 36,746 |

| Incentives: | Minimum Threshold | Actual Results^ | Compensation Payout |
|---|---|---|---|
| Operational Efficiency Incentives | 90% | 90% | $ 14,698 |
| Quality Incentives | 95% | 85% | $ 14,698 |
| New Program Development Initiated | 100% | 100% | $ 7,349 |
| Total Incentives | | | $ 36,746 |
| Cost Savings Incentive Bonus* | 10% | 11% | $ 36,746 |
| Total Incentive Payout | | | $ 73,491 |
| **Total Compensation Payout/Year** | | | **$ 404,202** |

^ Hypothetical except for Worked RVUs based on prior year actual
* Cost Saving incentive reached but quality threshold was not met

11

*Note: Compensation models are subject to independent fair market value analysis*

# RVU Conversion Factors

| Worked RVU's | 1 Year Contract Conversion Factor | 2 Year Contract Conversion Factor | 3 Year Contract Conversion Factor |
|---|---|---|---|
| < 8,000 | $ 45.97 | $ 41.37 | $ 39.07 |
| 8,500 | $ 48.37 | $ 43.53 | $ 41.11 |
| 9,000 | $ 50.77 | $ 45.69 | $ 43.15 |
| 9,500 | $ 53.17 | $ 47.85 | $ 45.19 |
| 10,000 | $ 55.57 | $ 50.01 | $ 47.23 |
| 10,500 | $ 57.97 | $ 52.17 | $ 49.27 |
| 11,000 | $ 60.37 | $ 54.33 | $ 51.31 |
| 11,500 | $ 62.77 | $ 56.49 | $ 53.35 |
| 12,000 | $ 65.17 | $ 58.65 | $ 55.39 |
| 12,500 | $ 67.57 | $ 60.81 | $ 57.43 |
| 13,000 | $ 70.02 | $ 63.02 | $ 59.52 |
| 13,500 | $ 70.30 | $ 65.22 | $ 61.60 |
| 14,000 | $ 72.67 | $ 67.43 | $ 63.68 |
| 14,500 | $ 75.10 | $ 69.68 | $ 65.81 |
| 15,000 | $ 76.79 | $ 73.73 | $ 69.63 |
| 15,500 | $ 76.79 | $ 75.89 | $ 71.67 |
| > 16,000 | $ 76.79 | $ 76.79 | $ 72.52 |

*Note: Current Conversion Factor ranges are based on the 90th Percentile of MGMA Worked RVU's for Neurological Surgery*

# Proposed Incentive Metrics

| Incentive Definition | Current State | Target Performance |
|---|---|---|
| **OPERATIONAL EFFICIENCY INCENTIVES** | | |
| OR Block Schedule Utilization Compliance Score | | |
| First Case on Time Start Rates | | |
| Adherence to Appropriate Discharge Criteria | | |
| Dictation & Documentation Timeliness within 48 hours | | |
| **QUALITY OF SERVICE INCENTIVES** | | |
| SCIP / SIP Composite Score | | |
| Post-Procedure Complication Rate *(i.e. unanticipated return to the OR due to complications within 48 hours of surgery)* | | |
| Care Path Utilization | | |
| Patient Satisfaction | | |
| **NEW PROGRAM DEVELOMPMENT INCENTIVES** | | |
| Conduct community education programs or other speaking or teaching programs | | |
| Development of a business plan for branding/marketing the service line | | |
| **COST SAVING INCENTIVES** | | |
| Medical Implant Costs | | |
| Pharmaceutical Costs | | |
| Staffing Costs | | |

13