UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA
*ex rel.* ANGELA D'ANNA,

      Relator,

v.                                                         Case No.: 2:14-cv-437-FtM-38NPM

LEE MEMORIAL HEALTH
SYSTEM and CAPE
MEMORIAL HOSPITAL, INC.,

      Defendants.
_____/

## **ORDER**[1]

Before the Court are Relator's Rule 72 objections (Doc. 180), and Defendants' response (Doc. 184), to the granting of a Protective Order (Doc. 179). This Order memorializes the Court's oral ruling on the objections, which the Court gave at a status conference with the parties on December 9, 2020. For the reasons stated on the record, the Court sustains and overrules Relators objections in part.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

(1) Relator's objections (Doc. 180) are **SUSTAINED and OVERRULED in part** for the reasons discussed on the record.

(2) The Court **MODIFIES** the Protective Order (Doc. 179) and limits the subpoenas to documents sought between 2005 and June 26, 2014.

**DONE** and **ORDERED** in Fort Myers, Florida on December 10, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record